No. 510. WILSON MILLING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent.

No. 517. PEN-KEN GAS & OIL CORP. *v.* WARFIELD NATURAL GAS Co. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James A. Cosgrove* and *George F. Callaghan* for petitioner. *Mr. Harold A. Ritz* for respondent.

No. 494. WAYNE *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Francis Murphy* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 495. LYMAN ET AL., EXECUTORS, *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Amos L. Taylor* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Melva M. Graney* for the United States.